891 A.2d 1201

IN THE MATTER OF ERIC YIM (A/K/A ERIC CHONG YIM)
AN ATTORNEY AT LAW (ATTORNEY NO. 001052002).

February 17, 2006.

## ORDER

**ERIC YIM, a/k/a ERIC CHONG YIM** of **CENTREVILLE, VIRGINIA,** who was admitted to the bar of this State in 2002, having pleaded guilty in the United States District Court for the Eastern District of Virginia to a one-count indictment charging him with collection of extensions of credit by extortionate means, in violation of 18 *U.S.C.A.* 894(a)(1) and (2), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **ERIC YIM, a/k/a ERIC CHONG YIM** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **ERIC YIM, a/k/a ERIC CHONG YIM** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **ERIC YIM, a/k/a ERIC CHONG YIM** comply with *Rule* 1:20–20 dealing with suspended attorneys.